No. D–1932.  IN RE DISBARMENT OF TAUB.  Barry L. Taub, of Eugene, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1933.  IN RE DISBARMENT OF PHILLIPS.  Thomas Ewing Phillips, of Chillicothe, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–59.  JOHNSON *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–60.  LUNDGREN ET AL. *v.* STEELE.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 97–501.  RICCI *v.* VILLAGE OF ARLINGTON HEIGHTS.  C. A. 7th Cir.  [Certiorari granted, 522 U. S. 1038.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–704.  DOOLEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF CHUAPOCO, ET AL. *v.* KOREAN AIR LINES CO., LTD.  C. A. D. C. Cir.  [Certiorari granted, 522 U. S. 1038.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1192.  SWIDLER & BERLIN ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 1045.]  Motion of Independent Counsel to expedite the briefing and argument schedule granted.  Brief of petitioners and joint appendix are to be filed with the Clerk and served upon Independent Counsel on or before 3 p.m., Wednesday, April 29, 1998.  Brief of Independent Counsel is to be filed with the Clerk and served upon petitioners on or before 3 p.m., Wednesday, May 20, 1998.  A reply brief, if any, may be filed with the Clerk and served upon Independent Counsel on or before 3 p.m., Monday, June 1, 1998.  Briefs may be submitted in compliance with this Court's Rule 33.2 to be replaced with briefs prepared in compliance with Rule 33.1 as soon as possible thereafter.  Rule 29.2 does not apply.  Argument is set for 10 a.m., Monday, June 8, 1998.